In the Matter of PETER LaGROW, Respondent, v TERRI LaGROW, Appellant. [703 NYS2d 788] —Order unanimously af-

firmed without costs for reasons stated in decision at Jefferson County Family Court, Schwerzmann, J. (Appeal from Order of Jefferson County Family Court, Schwerzmann, J.—Custody.) Present—Wisner, J. P., Pigott, Jr., Hurlbutt and Balio, JJ.